S. FRANK HARRELL – SBN #133437
sharrell@lynberg.com
MELISSA D. CULP – SBN #265159
mculp@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF ORANGE, SHERIFF SANDRA HUTCHENS, DEPUTY MURRAY, DEPUTY KIRK, DEPUTY LEATHERS, DEPUTY M. SALGADO, and DEPUTY C. LAMBERTA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK SALAZAR,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTY OF ORANGE, a Governmental Entity; SANDRA HUTCHENS, Individually; DEPUTY B. MURRAY, Individually; DEPUTY A. KIRK, Individually; DEPUTY D. LEATHERS, Individually; DEPUTY M. SALGADO, Individually, and DEPUTY C. LAMBERTA, Individually<br><br>            Defendants. | CASE NO. SACV11-01125 AG (MLGx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Andrew J. Guilford –Crtrm 10D*<br><br>**JUDGMENT** |

/ / /

/ / /

/ / /

---

**JUDGMENT**

# JUDGMENT

In accordance with the Court's July 10, 2012 Minute Order granting Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint and denying Plaintiff's Motion for Leave to File an Amended Complaint,

It is therefore now **ORDERED, ADJUDGED, and DECREED** that:

1. Plaintiff DEREK SALAZAR's action is hereby dismissed with prejudice;
2. Judgment is hereby entered in favor of Defendants COUNTY OF ORANGE, SHERIFF SANDRA HUTCHENS, DEPUTY B. MURRAY, DEPUTY A. KIRK, DEPUTY D. LEATHERS, DEPUTY M. SALGADO, and DEPUTY C. LAMBERTA;
3. Defendants COUNTY OF ORANGE, SHERIFF SANDRA HUTCHENS, DEPUTY B. MURRAY, DEPUTY A. KIRK, DEPUTY D. LEATHERS, DEPUTY M. SALGADO, and DEPUTY C. LAMBERTA are hereby awarded their costs of suit incurred herein.

**IT IS SO ORDERED**.

DATED: July 31, 2012

_____
**HON. ANDREW J. GUILFORD**
United States District Court Judge